AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| TANISHA WALKER, individually and on behalf of all others similarly situated <br> *Plaintiff* <br> v. <br> LYONS, DOUGHTY & VELDHUIS, P.C., et al. <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No.   1:18-cv-513 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Defendant's Motion to Dismiss (Doc. 9) is GRANTED; Plaintiff's complaint (Doc. 1) is DISMISSED; and this
case is TERMINATED on the docket of this Court.
.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Timothy S. Black, United States District Judge   on a motion for
Dismissal
.

Date:   3/15/2019

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*